UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Plaintiff(s) Johnnie L. Savory, II

v.

Defendant(s) Nedra Chandler, etc. et. al.,

Case Number: 05 C 50149

Judge: Mahoney

FILED
AUG 0 4 2005
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Johnnie L. Savory, II, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Writing law firms and attorneys requesting Pro bono services, no response as of today.

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Date: 8/1/05

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By John Mitchell
DEPUTY CLERK
8/16/05

Movant's Signature
2600 N. Brinton Ave.
Street Address
Dixon, IL 61021
City/State/Zip

FILED
AUG 0 4 2005
MICH. ___ ___INS, CLERK
UNITED ___ ___RICT COURT

IN THE Northern Dist. Court Western Division

Johnnie L. Savory, II
Plaintiff

vs.

Neder Chandler, etc., et al.
Defendant

Case No. 05 C 50149

## PROOF/CERTIFICATE OF SERVICE

To: Clerk of The U.S. Dist. Court
Western Division
211 So. Court St.
Rockford, IL. 61101

To: _____

PLEASE TAKE NOTICE that on August 1 20 05, I have placed the documents listed below in the institutional mail at Dixon Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 2600 N. Brinton Ave., Dixon, IL. 61021

Pursuant to 28 USC 1746, 18USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am the named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: August 1, 05

/s/ _____
Name: Johnnie L. Savory, II
IDOC # L-12206
Dixon Correctional Center
P.O. Box 1200
Dixon, IL 61021

Revised Jan. 2002