*United States District Court*
Northern District of Illinois - Western Division
211 South Court Street - Room 211
Rockford, Illinois 61101

**FILED**
AUG 1 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael W. Dobbins,
Clerk

August 16, 2005

05-1239

United States District Court
Central District of Illinois
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

Re:   Savory v. Chandler
      USDC No: 05 c 50149

Dear Sir/Madam:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Philip G. Reinhard on August 8, 2005.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Julia M. Mitchell
    Deputy Clerk

Enclosures

New Case No. _____        Date _____

CLOSED, HABEAS, MAHONEY, PC, TRANSFER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.4 (Rockford)
### CIVIL DOCKET FOR CASE #: 3:05-cv-50149
### Internal Use Only

05-1239

Savory v. Chandler et al
Assigned to: Honorable Philip G. Reinhard
Referred to: Honorable P. Michael Mahoney
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/21/2005
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: Federal Question

**Petitioner**

**Johnnie L. Savory, II**
*United States of America ex rel.*

represented by **Johnnie L. Savory, II**
L-12206
Dixon - DIX
P.O. Box 1200
Dixon, IL 61021
PRO SE

V.

**Respondent**

**Nedra Chandler**
*Warden IDOC*

**Respondent**

**Lisa Madigan**
*Attorney General*

**Service List**

represented by **Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph - 12 Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

Prisoner Correspondence - Internal
Use Only
Email:
Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By [signature]
DEPUTY CLERK
U.S. DISTRICT COURT
DISTRICT OF ILLINOIS
DATE: 8/16/05

| Date Filed | # | Docket Text |

| | | |
|---|---|---|
| 07/21/2005 | 1 | PETITION for writ of habeas corpus filed by Johnnie L. Savory, II against Nedra Chandler, Lisa Madigan (clb, ) (Entered: 07/27/2005) |
| 07/21/2005 | 2 | CIVIL Cover Sheet (clb, ) (Entered: 07/27/2005) |
| 07/21/2005 | 3 | RECEIPT regarding payment of filing fee paid on 7/21/2005 in the amount of $5.00, receipt number 10329060 (clb, ) Modified on 8/1/2005 (jmm-r, ). (Entered: 07/27/2005) |
| 07/27/2005 | | FORWARDED copy of case file to Prisoner Correspondence (clb, ) (Entered: 07/27/2005) |
| 07/27/2005 | | FORWARDED copy of case file to Illinois Attorney General's Office (clb, ) (Entered: 07/27/2005) |
| 07/29/2005 | 4 | LETTER from Johnnie L. Savory II re: in forma pauperis and money orders; dated 7/26/05. (jat, ) (Entered: 07/29/2005) |
| 08/04/2005 | 5 | MOTION by Petitioner Johnnie L. Savory, II for appointment of counsel (jat, ) (Entered: 08/04/2005) |
| 08/04/2005 | 6 | APPLICATION by Petitioner Johnnie L. Savory, II for leave to proceed in forma pauperis and Financial Affidavit (jat, ) (Entered: 08/04/2005) |
| 08/08/2005 | 7 | MINUTE entry before Judge Philip G. Reinhard : The Court transfers this action to the United States District Court for the Central District of Illinois, Peoria Division, for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 28 U.S.C. section 2254 Cases. Petitioner has already paid the filing fee. (For further details see text below.) Docketing to mail notices. (jmm-r, ) (Entered: 08/16/2005) |
| 08/16/2005 | | TRANSFERRED to the Central District of Illinois the case file, with documents numbered 1-7, certified copy of transfer order, and docket sheet (jmm-r, ) (Entered: 08/16/2005) |

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 C 50149 | DATE | August 8, 2005 |
| CASE TITLE | U.S. ex rel. Johnnie Savory #L12206 v. Chandler | | |

**DOCKET ENTRY TEXT:**

The Court transfers this action to the United States District Court for the Central District of Illinois, Peoria Division, for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 28 U.S.C.§2254 Cases. Petitioner has already paid the filing fee.

■ [ For further details see text below.]    Docketing to mail notices.

## STATEMENT

This case is a petition for a writ of habeas corpus. Petitioner was convicted in Peoria, Illinois. Peoria is in Peoria County, which lies within the federal judicial district for the Central District of Illinois. Under 28 U.S.C. § 2241(d), a state prisoner is authorized to file a petition for a writ of habeas corpus in either the federal judicial district of his confinement or the federal judicial district of his conviction. Generally, given the ready availability of court records and, if necessary, potential witnesses, the district in which the prisoner was convicted is considered the more convenient of the two. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 493-94 (1973). Accordingly, finding the district of conviction a more desirable forum for this action, the court, pursuant to the discretion granted it under 28 U.S.C. § 2241(d), orders this action transferred to the United States District Court for the Central District of Illinois, Peoria division, for preliminary consideration under Rule 4 of the Rules Governing Section 2254 Cases.

"State prisoners who want to challenge their convictions, their sentences, or administrative orders revoking good-time credits or equivalent sentence-shortening devices, must seek habeas corpus, because they contest the fact or duration of custody. See, e.g., *Preiser v. Rodriguez*, 411 U.S. 475, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973); *Edwards v. Balisok*, 520 U.S. 641, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997)." *Moran v. Sondalle*, 218 F. 3d 647, 650-51(7th Cir. 2000). Further in *Pischke v. Litscher*, 178 F.3d 497, 500 (7th Cir.1999), the court held that habeas is the proper vehicle for presenting a claim " if the prisoner is seeking to 'get out' of custody in a meaningful sense". The court interprets this habeas action as a § 2254, not a § 2241 action, *Bush v. Pitzer*, 133 F.3d 455, 456 -457 (7th Cir. 1997), because petitioner argues that an administrative official made a mistake in the implementation of a statute or regulation. Here, petitioner labels his action as a habeas action, and asks to be released from prison without mandatory supervised release, due to his completion of the State Pre-Start program. He does not challenge his underlying conviction, which he already challenged in a prior habeas and which was dismissed. *Savory v. Lane*, 832 F. 2d 1011(7th Cir. 1995). However, he is still challenging the duration of his custody and seeks release; therefore, his habeas action should be brought in the venue of his conviction, which occurred in Peoria, Illinois. The court does not comment on the fact that petitioner also has filed a state court mandamus action which remains pending, raising the same issues as in this habeas action, and leaves the issue of exhaustion of state remedies to the receiving court. Finally, petitioner also has pending a civil rights action in the Central District, *Savory v. Lyons*, Civil No. 05-2082. For the reasons stated, the court transfers this case to the Central District of Illinois.

MICHAEL W. DOBBINS, CLERK

By: /s/ Julie Mitchell
Deputy Clerk

Page 1 of 1

8/16/05



July 26, 2005

Johnnie L. Savory, II
Reg. No. L-12206
Dixon Corr. Center
2600 N. Brinton Ave.
Dixon, Illinois 61021

**FILED**

JUL 2 9 2005

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

CLERK OF THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IL.
   <u>WESTERN DIVISION</u>
211   South Court Street
      Room, 252
Rockford, Illinois 61101

Re:  Johnnie L. Savory,II -vs- Nedra Chandler,etc.,et.al.
              <u>Case No. 05 C50149</u>

Dear Clerk of The Court:

I received a letter today from the Hon. Michael W. Dobbins, Clerk of U.S. District Court, Northern District, Eastern Division directing informimg me that my Petition has been forewarded to your Office, assigned to the Hon. Judge Reinhard, with the Hon. Magistrate Judge MaHoney designated for me case.

As for the leave to proceed in forma pauperis form, I completed the in forma pauperis application and sent it Ms. Sonja Nicklaus, Business Office Administrator over two weeks ago, until this day she has not completed the application. I don't know what else to do. The phone number here is (815) 288-5561

In closing, I mistakenly sent two money orders for $5.00 to cover the filing fee. Please use the other money order to cover the additional mailing the Court had to do in this cause. I thank you in advance for your time, consideration and help regarding this most urgent matter.

Respectfully,

Johnnie L. Savory, II
Pro Se

xc: file

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

8/16/05

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

IMAGED

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s):** JOHNNIE L. SAVORY, II         **Defendant(s):** NEDRA CHANDLER, etc., et. al.

County of Residence: LEE                      County of Residence:

Plaintiff's Atty:                             Defendant's Atty:   Chief of Criminal Appeals,
   Johnnie L. Savory, II (L-12206)                          Illinois Attorney General's
   Dixon - DIX                                              Office
   P.O. Box 1200                                            100 West Randolph - 12th
   Dixon, IL 61021                                          Floor
                                                                    Chicago, IL 60601

**II. Basis of Jurisdiction:**    3. Federal Question (U.S. not a party)

**III. Citizenship of Principal
Parties** (Diversity Cases Only)                              **JUDGE REINHARD**
   Plaintiff:- N/A
   Defendant:- N/A

**IV. Origin :**                1. Original Proceeding

**V. Nature of Suit:**          530 Habeas Corpus General       **05 C 50149**

**VI. Cause of Action:**        28:2254

**VII. Requested in Complaint**                                 **FILED**
   Class Action:
   Dollar Demand:                                            JUL 2 1 2005
   Jury Demand: No
                                                                MICHAEL W. DOBBINS
**VIII.** This case **IS NOT** a refiling of a previously dismissed case.   CLERK, U.S. DISTRICT COURT

Signature: G. Clayton

Date: 7/21/05

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By: [signature] Mitchell
DEPUTY CLERK
DISTRICT OF ILLINOIS
DATE: 8/16/05

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *back* button in your browser and change it.
Once correct, print this form, sign and date it and submit it with your new civil action. Note: You may need to adjust the font size

http://10.205.15.104/PUBLIC/Forms/auto_js44.cfm                                      7/21/2005

United States District Court for the Northern District of Illinois

Case Number: **05 C 50149**   Assigned/Issued   By: **GA**

---

**FEE INFORMATION**

**JUDGE REINHARD**

*Amount Due:*   ☐ $250.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $255.00

No. Service copies __1__
*(For use by Fiscal Department Only)*

Amount Paid: **$5.00**   Receipt #: **10329060**

Date Payment Rec'd: **7/21/05**   Fiscal Clerk: **NB**

---

**ISSUANCES**

☐ Summons   ☑ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets   *(name of victim, who it's against and $ amount)*
☐ Writ _____
*(Type of Writ)*

Original and _____ copies on _____
(Date)

A TRUE COPY—ATTEST
MICHAEL W. DOBBINS, CLERK

C:\wpwin80\docket\feeinfo.frm    03/23/05

DATE: 8/16/05