


# UNITED STATES DISTRICT COURT

JOHN M. WATERS  
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117  
FAX: 309.671.7120

OFFICE OF THE CLERK  
309 U.S. COURTHOUSE  
100 N.E. MONROE STREET  
PEORIA, ILLINOIS 61602

August 24, 2005

Johnnie L. Savory, II  
DIXON  
P.O. Box 1200  
Dixon, IL  61021

        RE: Savory V. Chandler, et al  
        CASE NO. IN NDIL-Rockford: 05-50149  
        CASE NO. IN PEORIA: 05-1239

Dear Mr. Savory:

    Pursuant to an Order of the Court, the above case has been transferred to the Peoria Division of the Central District of Illinois. All future pleadings should be filed with the Clerk in Peoria at the above address and should indicate the Peoria Civil Case Number only.

        Very truly yours,

          s/ John M. Waters  
        JOHN M. WATERS, CLERK  
        U.S. DISTRICT COURT

JMW/cad