## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

```
JOHNNIE L. SAVORY, II,          )
                                )
        Petitioner,             )
                                )
     v.                         )      Case No. 05-1239
                                )
NEDRA CHANDLER, WARDEN,         )
                                )
        Respondent.             )
```

## **O R D E R**

Before the Court is Johnnie Savory's ("Savory's") Petition for Writ of Habeas Corpus By A Person in State Custody [Doc. # 1], Motion to Appoint Counsel [Doc. # 5], and In Forma Pauperis Application and Financial Affidavit [Doc. # 6].  According to Savory's trust fund ledger, as of July 14, 2005, he had a $13.56 balance in his account.  Accordingly, the Court finds Savory has adequate funds to pay the nominal $5.00 filing fee.  Also, the Court notes that Savory currently has a mandamus petition pending in the Seventh Judicial Circuit in Sangamon County, Illinois (Case No. 05-MR-109) which seeks the same relief requested here.  Until this mandamus petition is finally adjudicated in state court, Savory cannot bring a habeas petition here seeking the same relief.  See 28 U.S.C. § 2254(b)(1)(A) (person in state custody cannot be granted writ of habeas corpus until he has exhausted remedies available in state court).

IT IS THEREFORE ORDERED that Savory's Motion to Appoint Counsel [Doc. # 5] and In Forma Pauperis Application and Financial Affidavit [Doc. # 6] are DENIED.

IT IS FURTHER ORDERED that Savory's Petition for Writ of

Habeas Corpus By A Person in State Custody [Doc. # 1] is dismissed without prejudice.

ENTERED this ___30th___ day of August, 2005.

                                                      s/ Joe B. McDade
                                                      JOE BILLY McDADE
                                            United States District Judge