# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

JOHNNIE L. SAVORY, II

vs.

Case Number: **05-1239**

NEDRA CHANDLER, Warden AND
LISA MADIGAN, Attorney General of
the State of Illinois

**DECISION BY THE COURT.** This action came before the Court. The issues have been plead and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petition for Writ of Habeas Corpus pursuant to 28:2254 is dismissed without prejudice. Case terminated.

ENTER this 30th day of August, 2005

JOHN M. WATERS, CLERK

s/C. Lambie
_____
BY: DEPUTY CLERK