E-FILED
Wednesday, 31 August, 2005  12:52:35 PM
Clerk, U.S. District Court, ILCD

August 25, 2005

Johnnie L. Savory, II
Reg. No. L-12206
Dixon Corr. Center
2600 N. Brinton Ave.
Dixon, Illinois  61021

Hon. Joe Billy McDade, Chief Judge
    US DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Federal Building
100 NE Monroe Street
    Suite 122
Peoria, Illinois  61602

**FILED**

AUG 3 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

05-1239

Re:    U.S. ex rel. Johnnie L. Savory #L-12206 v. Chandler;
        Case No. 05 C 50149
        [Response To Hon. P. G. Reinhard, Judge, transfer Order
         and Statement]

**Dear Chief Judge McDade:**

On August 8, 2005, the Judge Reinhard transfered my case to the Central District Federal Court in order to address the merits of my Petition for a writ habeas corpus. However, in that Order, Judge Reinhard stated that <u>Petitioner argues that an Administrative official made a **mistake** in the implementation of statue or regulation.</u> My Petition does not state that an administrative official made a mistake. Also, Judge Reinhard states that my state court mandamus action is still pending. As I stated within my Petition for writ of habeas corpus, **the State Court has abandon the Mandamus Action and the Attorney General Office has defaulted.** To this very day the Sangmon Circuit Clerk Office nor the Court **hasn't contacted me. Furthermore,** Cook County Circuit Court Judge Randye A. Kogan, signed the transfer Order on January 26, 2005, for the case to be sent to Sangmon County. Your Honor, you **will notice within my Petition for writ of habeas corpus that I wrote letters to everyone from the Clerk to the Chief Judges in attempt to locate my Mandamus action.**

I was placed in that Mandatory Pre-Start program because there was more than reasonable expectation that I was going to be release upon graduation. Especially considering the fact that I had received **Five (5) votes from members of the Illinois Prisoners Review Board in 2001.** My supporters for parole at that time was: (1) Jenner & Block,LLp., Northwestern University School of Law, Center On Wrongful Conviction and the Honorable Late Prentice H. Marshall, Sr., Sr. Judge of the 7th Circuit Court of Appeal.

**In closing,** the State Pre-Start program is **Mandatory,** only the inmates that are being paroled or being released by MRS are placed in this program. I have attached all of the necessary information to the writ of habeas corpus.

                                    Respectfully Submitted,

                                    Johnnie L. Savory, II
XC: Hon. Lisa Madigan, Atty. Gen.    Reg. No. L-12206